UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| SHAWN GRAHAM, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>CHEX SYSTEMS, )<br>)<br>Defendant. ) | **JUDGMENT**<br><br>No. 5:13-CV-836-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the defendant's motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6).

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered April 29, 2014, and for the reasons set forth more specifically therein, that defendant's motion to dismiss is granted.

**This Judgment Filed and Entered on April 29, 2014, and Copies To:**

Bettie Kellie Sousa (via CM/ECF Notice of Electronic Filing)
Shawn Graham (via U.S. Mail) 224 Overlook Road, Durham, NC 27712

April 29, 2014                              JULIE A. RICHARDS, CLERK
                                              /s/ Christa N. Baker
                                             (By) Christa N. Baker, Deputy Clerk